ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
BEVERLY K. ANDERSON
Assistant U.S. Attorney
Arizona State Bar No. 010547
Evo A. DeConcini United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: bev.anderson@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. 18-03091MJ |
|---|---|
| Plaintiff, | |
| vs. | MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT |
| Joshua Joel Pratchard, | |
| Defendant. | |
| USAO#: 2018R03833 | |

The United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to enter an order unsealing the Complaint and Arrest Warrant in this case for all purposes in view of the fact that the Defendant was arrested on Friday, June 1, 2018.

Respectfully submitted this 4th day of June, 2018.

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

*s/Beverly K. Anderson*

BEVERLY K. ANDERSON
Assistant U.S. Attorney